UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NORTH JERSEY BRAIN & SPINE CENTER,**<br><br>     Plaintiff,<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY,** *et al.*,<br><br>     Defendants. | Civ. No. 16-1797 (WJM)<br><br>**ORDER** |

A Report and Recommendation was filed on November 22, 2016, recommending that Plaintiff's motion to remand pursuant to 28 U.S.C. § 1447(c) be granted. The parties have submitted objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). The Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 31st day of March 2017, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that the Plaintiff's motion to remand be **GRANTED** and the matter be **REMANDED** pursuant to 28 U.S.C. § 1447(c).

                                                                                    WILLIAM J. MARTINI, U.S.D.J.

cc:     The Hon. Mark Falk, U.S.M.J.

1